No. 73–931. CALIFORNIA *v.* BROWN ET AL. Sup. Ct. Cal. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.